**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PATRICIA COLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>                    Plaintiff, )<br>  )<br>vs. )<br>  )<br>  )<br>  ,  )<br>PATRICIA COLIN, )<br>  )<br>                    Defendant. )<br>_____ ) | CASE NO. 1:20-cr-00159<br><br>RULE 43 WAIVER &<br>ORDER THEREON FOR STATUS<br>CONFERENCE & TRIAL SETTING<br><br><br>Date:   January 18, 2022<br>Time:   1:00<br>Judge:  The Honorable Sheila K Oberto |

   Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant PATRICIA COLIN, having been advised of her right to be present at all stages of the proceeding, hereby requests this Court permit her to waive her right to personally appear at the Status Conference and Trial Setting Hearing scheduled for January 18, 2022 at 1:00 PM. Ms. Colin agrees that her interests shall be represented at all times by the presence of her attorney, Carol Moses, the same as if she were personally present, and requests this Court allow her attorney-in-fact to represent her interests at all times.

   Ms. Colin is charged with one count of 21 USC 846, 841 (a)(1) & (b) (1) (A), conspiracy to distribute and possession with intent to distribute methamphetamine, and two counts of 21 USC 841(a)(1), distributing methamphetamine.

   Ms. Colin has been out of custody since December 23, 2020.

Ms. Colin has thrived in her new life. For the first time in over thirty years she is sober. She holds two jobs and loves her new ability to relate to others, think clearly, have money on which to live and the ability to make sound life decisions not clouded by her drug addiction. Ms. Colin is requesting a Rule 43 Waiver of her Personal Appearance so that she may not miss work and stay in good stead with her employers. She works two schools as a maintenance person and outside grounds worker.

Ms. Colin and her Counsel have discussed trial dates and she has given her attorney authority to set the matter for trial. As such she respectfully requests the Court grant a waiver of her right and obligation to be personally present at the next status Conference and Trial Setting in Case No. 1:20-cr-00159-JLT-SKO on January 18, 2023.

Dated: January 11, 2023

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
PATRICIA COLIN

ORDER

GOOD CAUSE APPEARING, the above request for Defendant's Wavier of Personal Appearance at the Status Conference and Trial Setting in Case No. 1:20-cr-00159-JLT-SKO on January 18, 2023 at 1:00 PM is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   1/11/2023

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE