PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA COLIN,<br><br>Defendant. | CASE NO. 1:20-CR-00159-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on January 23, 2024, at 8:30 a.m.

2. By this stipulation, defendant now moves to vacate the trial and to **set the case for a change of plea hearing on April 29, 2024 at 10:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the parties agree that for defense investigation and preparation, the time period of January 23, 2024 to April 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's

request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  November 7, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By:  /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: November 7, 2023 | /s/ *Carol Moses*<br>Attorney for Defendant Patricia Colin |

# **O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 9, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE