**CAROL ANN MOSES #164193**
Attorney at Law
510 East Coral Pointe
Fresno, California 93730
Telephone: (559) 240-5456
Facsimile: (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
PATRICIA COLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                 Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>  )<br>  )<br>  )<br>PATRICIA COLIN,  )<br>  )<br>  )<br>  )<br>  )<br>                 Defendant.  )<br>_____) | CASE NO. 1-20-cr-00159-JLT-SKO<br><br>STIPULATION & ORDER<br>TO CONTINUE SENTENCING<br>TO FEBRUARY 10, 2025 at 9:00 a.m.<br><br><br>Date:  December 2, 2024<br>Time:  9:00 AM<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Attorney Carol Moses, counsel for Defendant Patricia Colin, that the sentencing hearing, currently scheduled for December 2, 2024, at 9:00 a.m. be continued to February 10, 2025, at 9:00 a.m.

Ms. Colin changed her plea to guilty on April 29, 2024. Since that time, she had a complicated surgery which kept her from work and assisting counsel with preparation for the Sentencing Hearing. There is good cause to continue the Sentencing Hearing in this matter as Counsel and Defendant need additional time to prepare for the Sentencing Hearing.  The government does not object to the defendant's request for the continuance.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By this Stipulation, the parties now move to continue the current sentencing date of December 2, 2024, at 9:00 a.m., to February 10, 2025, at 9:00 a.m.
2. Counsel for Defendant Patricia Colin believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation for sentencing, considering the exercise of due diligence.
3. The government does not object to the requested proposed continuance.

Respectfully submitted,

CAROL ANN MOSES

Dated: November 22, 2024

*/s/ Carol Ann Moses*
CAROL ANN MOSES
Attorney for Defendant
PATRICIA COLIN

Dated: November 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The Court finding Good Cause and based on the above Stipulation by the Parties, hereby accepts the Stipulation and orders the Sentencing in Case Number 1-20-cr-00159-JLT-SKO of Patricia Colin continued to February 10, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 23, 2024**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING;
& PROPOSED ORDER

2